UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADRIAN L. DUNN, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13-CV-1026-JAR |
| | ) |
| JAYNIE ZAKIBE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to amend his pleadings by interlineation [Doc. #11].

The Court does not accept amendments by interlineation. The Court will, however, allow plaintiff to file a second amended complaint on a Court-provided form within thirty (30) days of the date of this Order. Because the Court is allowing plaintiff to amend his complaint, it will take no action as to the named defendant at this time. Plaintiff is advised that his second amended complaint will replace his amended complaint and will be the only complaint this Court reviews. *See In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005). The Court will not consider any claims that are not included in the second amended complaint, even if they were asserted in the earlier complaints.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to amend his first amended complaint by interlineation [Doc. #11] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that plaintiff shall file a second amended complaint within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide plaintiff with a Court form entitled "Prisoner Civil Rights Complaint under 42 U.S.C. § 1983."

Dated this 19th day of November, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE